UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR00334 CDP (AGF) |
| ) | |
| CRAIG DAVIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant's Motion for additional time to file pretrial motions [Doc. # 18], filed on June 27, 2008. For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion for additional time to file pretrial motions [Doc. # 18] is **GRANTED**. Defendant shall have to and including **July 9, 2008** to file any pretrial motions or waiver of motions. The government shall have until **July 16, 2008** to respond.

**IT IS FURTHER ORDERED**, in light of the above Order, that the pretrial evidentiary hearing shall be continued to **July 17, 2008, at 11:00 a.m.** Defendant is required to attend.

For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by

1

granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(c)(1).

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of June, 2008.