UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    4:08CR334 CDP |
| | ) | |
| CRAIG DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** the government's motion to continue [#32] is

granted and the sentencing as to defendant **Craig Davis** is reset to **Friday,**

**January 16, 2009 at 1:00 p.m.**




_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 17th day of December, 2008.